UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

THOMAS ARYON SHULICK,

        Plaintiff,                      Case No. 1:05cv333

v.                                   Hon. Robert J. Jonker

KENNETH MCKEE,

        Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 17, 2008. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 17, 2008, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that habeas corpus petition is **DENIED**.

                                          /s/Robert J. Jonker
                                        ROBERT J. JONKER
                              UNITED STATES DISTRICT JUDGE

Dated: July 25, 2008